**Order entered September 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00565-CV

### VERNAESHA COMPTON AND SHEILA COMPTON, Appellants

### V.

### DALLAS HOUSING AUTHORITY, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01611-D**

## ORDER

The reporter's record in this appeal has not been filed because appellants have not requested it. By letter dated July 27, 2018, we directed appellants to file written verification they had requested the record. *See* TEX. R. APP. P. 37.3(c). Although we cautioned them that failure to comply could result in the appeal being submitted without the reporter's record, they have not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellants to file their brief no later than October 16, 2018.

/s/    DAVID EVANS
        JUSTICE